**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>SYLVIA JACKSON<br><br>Debtor(s) | Case No. 12-28511 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2012.

2) The plan was confirmed on 11/13/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 11/06/2014.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $32,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,234.88 |
| Less amount refunded to debtor | $72.24 |

**NET RECEIPTS:** $10,162.64

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $449.56 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,699.56

Attorney fees paid and disclosed by debtor:   $250.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 1,065.00 | 1,065.45 | 1,065.45 | 18.76 | 0.00 |
| ARROW FIN SERV | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY GROUP | Unsecured | NA | 856.46 | 856.46 | 15.10 | 0.00 |
| CAPITAL RECOVERY GROUP | Unsecured | NA | 593.80 | 593.80 | 0.00 | 0.00 |
| CBCS | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Secured | 88,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 865.00 | 999.07 | 999.07 | 17.59 | 0.00 |
| CHICAGO BUREAU OF PARKING | Unsecured | 1,317.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | 1,213.90 | 1,213.90 | 16.80 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 585.00 | NA | 901.59 | 18.16 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 901.59 | 901.59 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 766.00 | 712.59 | 712.59 | 16.10 | 0.00 |
| CP INVESTORS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DENOVUS CORPORATION LTD | Unsecured | NA | 682.19 | 682.19 | 15.44 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 1,665.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 106,901.00 | 115,504.79 | 115,504.79 | 2,613.32 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 9,645.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Secured | 12,675.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 2,000.00 | 1,628.90 | 1,628.90 | 36.88 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 2,527.00 | 0.00 | 2,764.80 | 55.65 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | NA | 2,764.80 | 2,764.80 | 0.00 | 0.00 |
| INTEGRITY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 11,576.00 | 17,055.29 | 17,055.29 | 385.90 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 3,159.86 | 3,159.86 | 3,159.86 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | NA | 2,888.05 | 2,888.05 | 58.09 | 0.00 |
| JPMORGAN CHASE NA | Unsecured | 4,137.00 | NA | NA | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MAMBO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,022.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MOUNTAIN TOP SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MRS | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| MTE FINANCIAL SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,641.00 | 1,015.57 | 1,015.57 | 17.88 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,820.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,157.00 | 1,266.81 | 1,266.81 | 17.55 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| SHAMROCK MARKETING GROUP LL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SLUTZKY & BLUMENTHAL | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SVC | Unsecured | 1,822.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,666.39 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,666.39** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,159.86 | $3,159.86 | $0.00 |
| **TOTAL PRIORITY:** | **$3,159.86** | **$3,159.86** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$149,149.26** | **$3,303.22** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,699.56 |
| Disbursements to Creditors | $6,463.08 |
| **TOTAL DISBURSEMENTS :** | **$10,162.64** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/24/2014                                By: /s/ Tom Vaughn
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**